**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | : | |
|---|---|---|
| **I. KENYO SHINE,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CASE NO. 5:09-CV-257 (HL) |
| | : | |
| **RANDY TILLMAN, Warden,** | : | |
| **Defendant** | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 27) filed July 23, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 13th day of August, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**