**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **I. KENYO SHINE,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 5:09-CV-257 (HL) |
| | : | |
| | : | |
| **RANDY TILLMAN,** | : | |
| | : | |
| Defendant | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendations of the United States Magistrate Judge (Docs. 46 and 47) filed March 19, 2012 and April 3, 2012, respectively, have been read and considered and are, hereby, approved, adopted and made the Order of the Court.

The Objections to the Magistrate Judge's Recommendations (Docs. 48 and 49) both filed on April 13, 2012, were thoroughly read and considered and found to be without merit.

**SO ORDERED,** this the 1st day of May, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**