# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

I KENYO SHINE,

    Petitioner,

v.

RANDY TILLMAN,

    Defendant.

Civil Action No. 5:09-CV-257 (HL)

## ORDER

Before the Court is Petitioner Kenyo Shine's Motion for Certificate of Appealability ("COA") (Doc. 53). For the reasons stated below, the Motion is dismissed as moot.

A prisoner has no absolute entitlement to appeal a district court's denial of his application for habeas corpus relief. 28 U.S.C. § 2253(c)(1). Before a prisoner may appeal, the district court must first issue a COA. Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts provides that "[t]he district court must issue or deny a [COA] when it enters a final order adverse to the applicant," and if a COA is issued "the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2)." According to 28 U.S.C. §2253, a certificate of appealability is issued only if a petitioner has made "a substantial showing of the denial of a constitutional right."

In this case, the United States Magistrate Judge previously found that Petitioner had not made a substantial showing of the denial of a constitutional right and recommended that the Court deny a certificate of appealability in its final order. This Recommendation was subsequently adopted and made the Order of this Court. Petitioner has thus already been denied a COA, and accordingly Petitioner's Motion is dismissed as moot.

**SO ORDERED**, this 19th day of June, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr