IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

I KENYO SHINE,                      :
                                    :
                Petitioner,         :
                                    :   Case No. 5:09-CV-0257-HL
        VS.                         :
                                    :
Warden RANDY TILLMAN,               :
                                    :
                Respondent          :

_____

## ORDER

Petitioner **I KENYO SHINE** seeks to appeal this Court's denial of his Petition for Writ

of Habeas Corpus and has filed Motion for Leave to Proceed *in forma pauperis* on Appeal [Doc. 56].

Petitioner's Motion is **MOOT** as he has been denied a Certificate of Appealability. See 28 U.S.C.

§ 2253(c).  Petitioner's Motion to Proceed *in forma pauperis* on Appeal is thus also **DENIED**.


        **SO ORDERED**, this 22nd day of June 2012.

                                *s/ Hugh Lawson*
                                HUGH LAWSON, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

jlr